AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Middle District of Florida

United States of America )
v. )
)
ERNESTO HERNANDEZ-PEREZ ) Case No.
) 5:25-mj-1109-LHP
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    June 1, 2025    in the county of    Marion    in the

Middle    District of    Florida    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry by a previously deported alien |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Mark Annotti, ICE Deportation Officer

*Printed name and title*

Sworn to before me over the telephone or other reliable electronic
means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:    6 | 3 | 25

*Judge's signature*

City and state:    Orlando, Florida

Leslie Hoffman Price, United States Magistrate Judge

*Printed name and title*

**STATE OF FLORIDA**                          **CASE NO. 5:25-mj-1109-LHP**

**COUNTY OF MARION**

### AFFIDAVIT IN SUPPORT OF THE
### ISSUANCE OF A CRIMINAL COMPLAINT

I, Mark Annotti, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1.      I am a Deportation Officer (DO) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO), and have been employed with DHS/ICE/ERO for 22 years. I am currently appointed as the ERO Criminal Prosecutions (ECP) Officer assigned to Orlando, Florida. My duties include the investigation, arrest, and prosecution of cases involving persons who are illegally residing in the United States in violation of federal law.

2.      The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3.      On or about June 1, 2025, the Marion County Sheriff's Office arrested **Ernesto HERNANDEZ-PEREZ** and booked him into the Marion County Jail (MCJ)

based on state criminal charges of (1) DUI (measured BACs of .225 and .216) and (2) Operate Motor Vehicle Without a Valid License. Following his arrest, the MCJ booking system automatically forwarded **HERNANDEZ-PEREZ**'s information to the ACRIMe (Alien Criminal Response Information Management System) national database.

4.      On June 1, 2025, Supervisory Detention & Deportation Officer (SDDO) Marshall Vliet identified **HERNANDEZ-PEREZ**'s information in ACRIMe, verified his identity, and determined that he likely was in the United States illegally. SDDO Vliet filed an ICE immigration detainer on **HERNANDEZ-PEREZ** with the MCJ.

5.      On June 1, 2025, DO Luis Ortiz contacted the Florida Department of Law Enforcement (FDLE), Biometric Service Section, and requested/received **HERNANDEZ-PEREZ**'s fingerprints relating to the MCJ booking on this same day. DO Ortiz forwarded **HERNANDEZ-PEREZ**'s case to me because it falls under the guidelines of my assigned duties as the ECP Officer.

6.      On June 2, 2025, I submitted **HERNANDEZ-PEREZ**'s fingerprints, retrieved from the FDLE, to the Federal Bureau of Investigation Criminal Justice Information Services Division (also referred to as IAFIS). IAFIS analyzed the set of fingerprints and found them to match **HERNANDEZ-PEREZ** and his unique FBI number.

7.      A review of various databases and ICE records disclosed that **HERNANDEZ-PEREZ** has an Alien File Number (A xxx xxx 306). He was born in 1997 in Mexico. He is a citizen of Mexico and not a citizen of the United States. On or about October 31, 2017, **HERNANDEZ-PEREZ** was administratively ordered

2

deported/removed from the United States to Mexico. **HERNANDEZ-PEREZ** was physically removed from the United States to Mexico on or about the same date, October 31, 2017.

8.      **HERNANDEZ-PEREZ** has never applied to the Attorney General of the United States and/or the Secretary of the Department of Homeland Security for permission to re-enter the United States after being removed/deported from the United States.

9.      Based on the foregoing, there is probable cause to believe that on or about June 1, 2025, **HERNANDEZ-PEREZ** was found to be in the United States voluntarily after being previously removed or deported, in violation of 8 U.S.C. § 1326(a).

This concludes my affidavit.

Mark Annotti
Deportation Officer
Immigration & Customs Enforcement

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this 3ʳᵈ day of June 2025.*

LESLIE HOFFMAN PRICE
United States Magistrate Judge

3